United States District Court
Southern District of Texas
**ENTERED**
August 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THERESSA F. FORD, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-cv-0924 |
| § | |
| UNITED AIRLINES, INC. (UAL), § | |
|     Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendant, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **September 28, 2018,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 28th day of **August, 2018.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE